762 A.2d 651

IN THE MATTER OF DONALD J. PAPPA,
JR., AN ATTORNEY AT LAW.

December 6, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **DONALD J. PAPPA, JR.,** of **ALLENHURST,** who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DONALD J. PAPPA, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.